IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action |
| | ) | No. 21-03083-01-CR-S-MDH |
| | ) | |
| GORDON W. ROUGHTON, II, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Now pending before the Court is Defendant's *Motion for Bond Review* (doc. 32). An Order of Detention was entered on June 22, 2021 (doc. 12).

The Court has reviewed Defendant's request to review his bond status and reconsider the prior Order of Pretrial Detention entered against Defendant. The Court has also reviewed the Government's Response to Defendant's Motion for Bond Review (doc. 33). The Court has also reviewed the Pretrial Services Report filed in this case (doc. 8).

Defendant's Motion for Bond Review is **DENIED**.

**IT IS SO ORDERED.**

DATE: July 6, 2022

                                     */s/ David P. Rush*
                                     DAVID P. RUSH
                                     United States Magistrate Judge